of the testimony. If that of appellant alone were considered we might think his guilt was not established; but there is much more, and it sufficiently appears that appellant, who was an automobile dealer, was unlawfully using the veterans to acquire vehicles he was not entitled to purchase for himself.

Other points argued are without merit. No reversible error appearing in the record, the judgment is affirmed.

PER CURIAM.

Appellant has applied to this court for leave to prosecute in forma pauperis an appeal from an order of the District Court denying a petition of appellant for a writ of habeas corpus. No application for such leave has been made to the District Court, nor has that court issued a certificate as to whether or not the appeal was taken in good faith. See 28 U.S.C.A. § 1915. The application made to this court is therefore denied.

### WILFONG v. SWOPE, Warden.
Undocketed.

United States Court of Appeals
Ninth Circuit.
April 25, 1949.

George Marion Wilfong, in pro. per.

No appearance for appellee.

Before MATHEWS, HEALY and POPE, Circuit Judges.

### HILLMAN PERIODICALS, Inc. v. FEDERAL TRADE COMMISSION.
No. 131, Docket 21034.

United States Court of Appeals
Second Circuit.
April 25, 1949.

